McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LOPEZ,<br><br>Defendant. | CASE NO. 1:20-MJ-00116-SAB<br>　　　　　　1:16-00017-DAD-BAM<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: February 25, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 23, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing in 1:20-MJ-00116-SAB is extended to March 25,

1

1  2021, at 2:00 p.m.

2      2.      The date of the status hearing on the supervised release violation in 1:16-00017-DAD-BAM is continued to March 25, 2021, at 2 p.m.

      3.      The time between February 25, 2021, and March 25, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

      3.      Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **February 24, 2021**

UNITED STATES MAGISTRATE JUDGE

2