HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL PAUL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL PAUL LOPEZ,<br><br>Defendant. | Case No. 1:21-cr-00151-DAD<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date:  May 4, 2025<br>Time:  9:30 a.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Nicholas Karp, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Michael Lopez, that the sentencing hearing currently scheduled for April 6, 2026, at 10:00 a.m. may be continued to May 4, 2026, at 9:30 a.m.

On March 5, 2026, Mr. Lopez admitted Charges 1 and 2 of the supervised release violation petition. *See* Dkt. #47. At that time, the matter was set for sentencing on April 6, 2026. *See* Dkt. #47. Counsel for Mr. Lopez requires additional time to discuss sentencing with Mr. Lopez and to prepare for the sentencing hearing. Accordingly, the parties are requesting that sentencing in this matter be continued to May 4, 2026. Neither the government nor probation objects to this request and the date was confirmed with the assigned probation officer.

The requested continuance is made with the intention of conserving time and resources

for both the parties and the Court. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: March 24, 2026                    /s/ Nicholas Karp
                                        NICHOLAS KARP
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 24, 2026                    /s/ Reed Grantham
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL PAUL LOPEZ

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled for Monday, April 6, 2026, at 10:00 a.m. is continued to Monday, May 4, 2026, at 9:30 a.m., in Courtroom 5 before Chief Judge Troy L. Nunley in Fresno.

IT IS SO ORDERED.

Dated:   **March 24, 2026**                    _____
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE

Lopez – Stipulation to Continue Sentencing                    2